**Order entered April 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00127-CV

## MATTHEW SIDWELL, Appellant

## V.

## ZUO MODERN CONTEMPORARY, INC., Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-03192-E**

### ORDER

The clerk's record that has been filed in this appeal does not include a copy of the appealed order, the trial court's order granting defendant's amended traditional and no-evidence motions for summary judgment. Accordingly, pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Dallas County Clerk John F. Warren to file a supplemental clerk's record containing a copy of the summary judgment order no later than May 4, 2020. The clerk's

record shall also contain a copy of the amended summary judgment motions and the October 28, 2019 "order – judge's ruling."

We note the deadline for filing appellant's brief has been set for May 6, 2020. However, because the clerk's record is not complete, appellant's brief is not yet due and appellant need not file his brief. The court will set the deadline for filing appellant's brief once the record is complete and the Court has determined whether it has jurisdiction over the appeal.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/ KEN MOLBERG
   JUSTICE